UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE A. FLIS and | ) | |
| RICHARD J. FLIS, JR., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:03-cv-1567-JDT-TAB |
| | ) | |
| KIA MOTORS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

This cause is before the Court on Plaintiffs' motion to compel discovery. [Docket No. 85]. By way of this motion, Plaintiffs seek responses to request for production Nos. 2-7 and 12. Defendant Kia Motors responds that the motion is untimely and, in any event, seeks documents not reasonably calculated to lead to the discovery of admissible evidence. [Docket No. 148]. The Court agrees.

Pursuant to the Case Management Plan, discovery was to be completed by February 23, 2005. Defendant responded to the discovery on February 22 by way of an agreed extension. [Docket No. 148, p. 2]. Plaintiffs did not file the instant motion to compel until May 6, 2005. While this delay is not extraordinary, it is significant in this instance given the rapidly approaching June 6 trial date. Plaintiffs could have filed the motion to compel sooner, or even opposed the agreed enlargement of time that put the Plaintiffs up against the discovery deadline. In any event, the parties already have filed their witness and exhibit lists, voir dire questions, jury instructions, and verdict forms. This case is now in final trial preparation mode. The time for resolving discovery disputes -- particularly disputes that could have been brought to the

Court's attention more expeditiously -- has passed.

Moreover, as Defendant correctly notes, the disputed requests seek information not reasonably calculated to lead to the discovery of admissible evidence. It appears that most, if not all, of the information Plaintiffs seek relates to developmental handling and stability issues. The Court already has granted Defendant's motion in limine, preventing Plaintiff from offering any evidence criticizing "the design or performance of the subject vehicle's seat belt system, the subject vehicle's handling, stability, or roll resistance, or any other aspect of the subject vehicle's design or performance regarding features that are not the subject of causal defect claims in this case." [Docket No. 121, p. 10]. In light of this ruling, the information sought is beyond the scope of Rule 26.

Accordingly, for these reasons, the Plaintiffs' motion to compel discovery is denied.

Dated: 05/26/2005

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Fred J. Fresard
BOWMAN and BROOKE LLP
50 Big Beave Road, Suite 600
Troy, MI 48084

David R. Kelly
Nathan H. Bjerke
Richard A. Bowman
BOWMAN and BROOKE LLP
david.kelly@msp.bowmanandbrooke.com

Timothy J. Kennedy
MILLER MULLER MENDELSON & KENNEDY
tkennedy@millermuller.com

Robert M.N. Palmer
ROBERT M.N. PALMER, P.C.
palmer@palmerlaw.com

Joby J. Raines
ROBERT M.N. PALMER, P.C.
raines@palmerlaw.com

Randall R. Riggs
LOCKE REYNOLDS LLP
rriggs@locke.com

Kevin C. Schiferl
LOCKE REYNOLDS LLP
kschiferl@locke.com

Robert B. Thornburg
LOCKE REYNOLDS LLP
rthornburg@locke.com